```
Court Name: District Court
Division: 1
Receipt Number: 465401260457
Cashier ID: Swooten
Transaction Date: 10/20/2020
Payer Name: GARY GONZALEZ

CIVIL FILING FEE
 For: GARY GONZALEZ
 Amount:         $400.00

CREDIT CARD
 Amt Tendered:  $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

20CV008730 (GHW) (SN)
```