```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                    :
   GARY GONZALEZ,                                   :
                                                    :
                             Plaintiff,             :     1:20-cv-08730-GHW
                                                    :
              -against-                             :     ORDER
                                                    :
   COALITION TO ADVANCE THE PROTECTION              :
   OF SPORTS LOGOS d/b/a CAPS, and NEW ERA          :
   CAP CO., INC.,                                   :
                                                    :
                             Defendants.            :
                                                    :
------------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/21

GREGORY H. WOODS, District Judge:

On January 21, 2021, the Court ordered Plaintiff to show cause by February 1, 2021 as to why this action should not be dismissed for failure to serve process in the time allotted by Federal Rule of Civil Procedure 4(m). Dkt. No. 9. Because Plaintiff has not responded and the time in which to serve Defendants has elapsed, this action is dismissed without prejudice.

The Clerk of Court is directed to close the case and to mail a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: February 10, 2021

_____
GREGORY H. WOODS
United States District Judge